IN THE SUPREME COURT OF TEXAS

 No. 12-0049

 IN RE PETER MARCUS JONTE

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency stay, filed January 17, 2012, is
granted in part. The trial on the merits set for May 29, 2012 in Cause No.
2011-41029, styled In the Interest of S.N.J., a child, in the 308th
District Court of Harris County, Texas, is stayed pending further order of
this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this May 24, 2012.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk